*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HITESMAN, GASTON, and RUSSELL,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Daniel J. BARLOW III**
Staff Sergeant (E-6), U.S. Marine Corps
Appellant

**No. 201900155**

Decided: 30 October 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Major Keaton H Harrell. Sentence adjudged 12 February 2019 by a general court-martial convened at Marine Corps Base Camp Lejeune, North Carolina, consisting of a military judge sitting alone. Sentence approved by the convening authority: reduction to E-1, confinement for 14 months,[1] and a bad-conduct discharge.

For Appellant: Lieutenant Gregory Hargis, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

---

[1] As a matter of clemency, the convening authority suspended all confinement in excess of time served as of 20 May 2019.

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court